# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| RUBEN GUTIERREZ,<br>    Plaintiff, | : <br> : <br> : | Civil Case No. 1:21-CV-00129 |
| v. | : <br> : <br> : | THIS IS A CAPITAL CASE |
| BRYAN COLLIER, Executive Director, Texas Department of Criminal Justice, Huntsville, Texas, et. al,<br>    Defendants. | : <br> : <br> : <br> : | |

## ADVISORY

Mr. Gutierrez files this advisory notifying the Court that, in light of the recent Supreme Court decision in *Ramirez v. Collier, et. al.*, --- S. Ct. ----, 2021 WL 4077814 (Mem.), on September 14, 2021, the Cameron County District Attorney's Office filed a Motion to Vacate the Order Setting Execution Date in Mr. Gutierrez's case pending the resolution of *Ramirez*. Today, Judge Benjamin Euresti of the 107th Judicial District of Cameron County, Texas, granted the Motion. A copy of the Order is attached.

                                                          Respectfully submitted,

                                                          /s/ Peter Walker            
Peter Walker
Assistant Federal Defender
Federal Community Defender for the
  Eastern District of Pennsylvania
Suite 545 West, The Curtis
601 Walnut Street
Philadelphia, PA 19106

(215) 928-0520
peter_walker@fd.org

/s/ Ricard W. Rogers, III
710 Buffalo St., Ste. 202
Corpus Christi, TX  78401
(361) 888-7620
rwrogersiii@aol.com


Counsel for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I served the foregoing advisory on the following persons by ECF filing:

> Jefferson David Clendenin
> Assistant Attorney General
> Office of the Attorney General of Texas
> Post Office Box 12548
> Austin, Texas  78711-2548

/s/ Peter Walker
Peter Walker

Dated:      September 15, 2021