CAUSE NO. 98-CR-1391

| | | |
|---|---|---|
| THE STATE OF TEXAS | § § § | IN THE DISTRICT COURT |
| VS. | § § § | 107TH JUDICIAL DISTRICT |
| RUBEN GUTIERREZ | § § § | CAMERON COUNTY, TEXAS |

### ORDER VACATING ORDER SETTING EXECUTION DATE OF RUBEN GUTIERREZ FOR OCTOBER 27, 2021 AND RECALL OF WARRANT OF EXECUTION DIRECTING THE SAME

On June 8, 2021 this Honorable Court issued an order Setting Ruben Gutierrez's execution for October 27, 2021. As a result of said order, on June 8, 2021, the District Clerk for Cameron County, Texas, Honorable Laura Perez-Reyes, issued a warrant for Gutierrez's Execution for October 27, 2021. On this day, this Honorable Court has considered the State of Texas's Motion to Vacate the before described order setting execution date and recall of the warrant of execution that directs the execution of Ruben Gutierrez. The Court hereby **GRANTS** the State's Motion and **VACATES** the Order Setting the Execution of Ruben Gutierrez for October 27, 2021 and **RECALLS** the Warrant of Execution for the Ruben Gutierrez issued on June 8, 2021. The Clerk of the Court is hereby ordered to send a copy of this order to:

- Richard W. Rogers, III (rwrogersiii@aol.com);

- Shawn Nolan (Shawn_Nolan@fd.com);

- Jay Clendenin (jay.clendenin@oag.texas.gov);

- Benjamin Wolff (Benjamin.wolff@ocfw.texas.gov);

- Edward A. Sandoval (Edward.sandoval@co.cameron.tx.us); and,

- Bobby Lumpkin, Director of Texas Department of Criminal Justice Institutional Division.

Signed on this 15th day of Sept., 2021.

Benjamin Euresti, Jr.
Presiding Judge
107th Judicial District Court
Cameron County, Texas

FILED 11:45 o'clock A. M
**LAURA PEREZ-REYES** - DISTRICT CLERK

SEP 15 2021

DISTRICT COURT OF CAMERON COUNTY, TEXAS

By _Silvia Mata_ Deputy